of the competency of the wife of the petitioner as a witness. The motion for leave to proceed further herein *in forma pauperis* is granted. *Messrs. Charles A. Hammer* and *John W. Carter, Jr.*, for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 338. WOLFLE *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted, limited to the question as to what law is applicable to the determination of the question of privilege which was raised at the trial. *Messrs. S. J. Wettrick* and *H. Sylvester Garvin* for petitioner. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 400. CITY OF MARION, ILLINOIS, ET AL. *v.* SNEEDEN, RECEIVER. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. David F. Rosenthal, Richard Mayer, Carl Meyer, R. T. Cook, C. E. Pope, Henry F. Driemeyer,* and *William Cattron Rigby* for petitioners. *Messrs. John Hay, Charles C. Murrah,* and *Hosea V. Ferrell* for respondent.

No. 361. INTERSTATE COMMERCE COMM'N *v.* PENNSYLVANIA R. Co. ET AL. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Daniel W. Knowlton, H. L. Underwood,* and *Wm. H. Bonneville* for petitioner. *Messrs. Frederic D. McKenney* and *Henry Wolf Biklé* for respondents.